United States District Court
Southern District of Texas
**ENTERED**
May 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CARL GUSTAVE PAGE, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-319 |
| MARCO GOMEZ, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant's civil rights action pursuant to 42 U.S.C. § 1983. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry No. 15 are hereby adopted by this Court.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that Movant's civil rights action should be **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED May 10, 2022, at McAllen, Texas.

Randy Crane
United States District Judge